**Joseph Deonn HORNE, Plaintiff–Appellant,**

v.

**J. RUTLEDGE, Correctional Officer; et al., Defendants–Appellees.**

No. 09–17378.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 4, 2010.

Joseph Deonn Horne, Delano, CA, pro se.

Michael James Quinn, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

The district court properly granted summary judgment on the excessive force

claim because Joseph Deonn Horne ("Horne") failed to raise a triable issue as to whether prison guards acted "maliciously and sadistically for the very purpose of causing harm" by using pepper spray after Horne repeatedly refused to comply with orders to cease holding his blanket up to the cell door. *Hudson v. McMillian,* 503 U.S. 1, 6, 112 S.Ct. 995, 117 L.Ed.2d 156 (1992) (citation and internal quotation marks omitted).

Horne's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.